UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Raymond J Palomino  
    Lina M Palomino  
        Debtor(s)

Case No. 17 B 27704

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/15/2017.

2) The plan was confirmed on 12/21/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/21/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/07/2018.

5) The case was Dismissed on 06/07/2018.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| **Receipts:** | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $4,061.53 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$4,061.53** |

| **Expenses of Administration:** | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,878.71 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $182.82 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,061.53** |
| Attorney fees paid and disclosed by debtor: | $400.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advocate Christ Medical Center | Unsecured | 2,806.56 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 1,086.15 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |
| Aishling Obstetrics & Gynecology | Unsecured | 133.90 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,891.88 | 1,868.93 | 1,868.93 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,005.00 | 453.91 | 453.91 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 0.00 | 986.11 | 986.11 | 0.00 | 0.00 |
| Anesthesia Associates | Unsecured | 778.52 | NA | NA | 0.00 | 0.00 |
| Associate Pathologists of Joliet | Unsecured | 35.70 | NA | NA | 0.00 | 0.00 |
| Aurora Emergency Associates Ltd | Unsecured | 742.00 | 742.00 | 742.00 | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 480.51 | 480.51 | 480.51 | 0.00 | 0.00 |
| Blast Fitness Burbank | Unsecured | 191.40 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 5,389.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank USA NA | Unsecured | 5,389.53 | 5,389.53 | 5,389.53 | 0.00 | 0.00 |
| Chase Bank U.S.A., N.A. | Unsecured | 754.96 | NA | NA | 0.00 | 0.00 |
| Chase Bank U.S.A., N.A. | Unsecured | 1,554.86 | NA | NA | 0.00 | 0.00 |
| Chase Card | Unsecured | 1,554.00 | NA | NA | 0.00 | 0.00 |
| Citizens Finance of IL Co | Secured | 7,782.00 | 7,961.94 | 7,961.94 | 0.00 | 0.00 |
| City of Burbank | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 504.38 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 685.77 | 535.09 | 535.09 | 0.00 | 0.00 |
| Department Of Education | Unsecured | 2,893.56 | 3,077.70 | 3,077.70 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 50,079.75 | 50,673.72 | 50,673.72 | 0.00 | 0.00 |
| EMP of Chicago, LLC | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service Inc | Unsecured | 93.85 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 5,445.02 | 5,687.52 | 5,687.52 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 867.83 | 702.92 | 702.92 | 0.00 | 0.00 |
| Kapur Dental PC | Unsecured | 108.80 | NA | NA | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 296.00 | 2,061.00 | 2,061.00 | 0.00 | 0.00 |
| Kohls/Capital One | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| Lincoln Benefit Life Company | Unsecured | 205.74 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Little Company of Mary Hospital | Unsecured | 185.58 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary Hospital | Unsecured | 133.23 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary Hospital | Unsecured | 73.84 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital and Medical Center | Unsecured | 1,550.20 | NA | NA | 0.00 | 0.00 |
| Midfirst Bank | Secured | 186,000.00 | 180,508.89 | 180,508.89 | 0.00 | 0.00 |
| Midfirst Bank | Secured | 18,470.43 | 18,470.43 | 18,470.43 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 2,035.56 | 2,035.56 | 2,035.56 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 270.00 | 270.00 | 270.00 | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 199.99 | 257.99 | 257.99 | 0.00 | 0.00 |
| Oak Lawn Endoscopy ASC LLC | Unsecured | 245.48 | NA | NA | 0.00 | 0.00 |
| Pediatric Healthy Hearts | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Premiere Credit Of N A | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| Provena Mercy Medical Center | Unsecured | 1,868.93 | NA | NA | 0.00 | 0.00 |
| Radiological Physicians, LTD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Radiological Physicians, LTD. | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Specialists, LTD | Unsecured | 177.97 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Specialists, LTD | Unsecured | 62.72 | NA | NA | 0.00 | 0.00 |
| Receivable Solution | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 754.00 | 754.96 | 754.96 | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 453.00 | NA | NA | 0.00 | 0.00 |
| Sirius XM Radio, Inc. | Unsecured | 58.94 | NA | NA | 0.00 | 0.00 |
| Southwest Allergy Assoc S.C. | Unsecured | 558.90 | NA | NA | 0.00 | 0.00 |
| Southwest Urology | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank Customer Service | Unsecured | 1,360.30 | NA | NA | 0.00 | 0.00 |
| Transworld Systems Inc | Unsecured | 1,360.30 | NA | NA | 0.00 | 0.00 |
| Transworld Systems Inc | Unsecured | 34.13 | NA | NA | 0.00 | 0.00 |
| United States Dept of HUD | Secured | 0.00 | 55,552.24 | 55,552.24 | 0.00 | 0.00 |
| United Student Aid Funds Inc (USAF) | Unsecured | 17,789.64 | 18,279.57 | 18,279.57 | 0.00 | 0.00 |
| Zingo Cash | Unsecured | 1,260.00 | 1,061.15 | 1,061.15 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $236,061.13 | $0.00 | $0.00 |
| Mortgage Arrearage | $18,470.43 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,961.94 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$262,493.50** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,687.52 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$5,687.52** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$89,630.65** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $4,061.53 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$4,061.53** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/12/2018          By: /s/ Marilyn O. Marshall
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**